# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

__________ Division

| | |
|---|---|
| Celestina Prochilo<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. __________<br>*(to be filled in by the Clerk's Office)* |
| -v- | Jury Trial: *(check one)* ☑ Yes ☐ No |
| Meltwater News U.S., Inc.<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Celestina Prochilo |
| Street Address | 85 South River Road STE 1, #1022 |
| City and County | Bedford, Hillsborough County |
| State and Zip Code | NH 03110 |
| Telephone Number | 603 264 0735 |
| E-mail Address | celestina@celestina.tech |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Meltwater News U.S., Inc. |
| Job or Title *(if known)* | Corporation |
| Street Address | 275 Shoreline Drive, Suite 150 |
| City and County | Redwood City, San Mateo |
| State and Zip Code | CA 94065 |
| Telephone Number | 415 829 5900 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Meltwater News U.S., Inc. |
| Street Address | 175 Canal St 3rd Floor |
| City and County | Manchester, Hillsborough County |
| State and Zip Code | NH 03101 |
| Telephone Number | 603 677 1118 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☑ Relevant state law *(specify, if known)*:

N.H. RSA 275-E:2(I)(a) and (c), New Hampshire Whistleblowers' Protection Act

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: ____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

July 2025 to present, including July 23rd, 2025, February 20th, 2026, May 5th, 2026, and September 21st, 2026.

C. I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race ____
- ☐ color ____
- ☑ gender/sex Retaliation for reporting suspected sex discrimination.
- ☐ religion ____
- ☐ national origin ____
- ☐ age *(year of birth)* ____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

____

E. The facts of my case are as follows. Attach additional pages if needed.

See attached Section III:E

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

5/12/26

B. The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☑ issued a Notice of Right to Sue letter, which I received on *(date)* 7/30/26 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- ☐ 60 days or more have elapsed.
- ☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attached Section V

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/20/26

Signature of Plaintiff [signature] - pro se

Printed Name of Plaintiff Celestina Prochilo

### B. For Attorneys

Date of signing: ______

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



Print Save As... Add Attachment Reset

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW HAMPSHIRE**

**Celestina Prochilo**, Plaintiff

v.

**Meltwater News U.S., Inc.**, Defendant

---

**ATTACHMENT TO SECTION III.E**

**STATEMENT OF CLAIM**

## I. Title VII Retaliation

**1.** I have been employed by Defendant since October 2019 as a QA Engineer, reaching Level 3 in January 2023. My responsibilities included independent test-automation architecture, technical leadership, and mentoring. My 2024 performance evaluation rated me "Exceeds Expectations."

**2.** On July 15th, 2025, I filed a formal internal grievance through Defendant's Whistleblower Reporting Tool, raising concerns about sex-based unequal treatment. I reported that newly hired male QA employees received Software Engineer titles while I retained the Test Engineer title, despite performing comparable or more technically advanced work and holding leadership responsibilities. I also reported being excluded from decisions involving systems and initiatives I had developed or introduced. I raised concerns about an exclusionary "boys' club" culture and the marginalization of female employees.

**3.** On July 23rd, 2025, eight days after my grievance, Defendant informed me that I would be removed from my project and leadership responsibilities. Although the reassignment was paused during the grievance investigation, my leadership and mentoring responsibilities were not restored. On February 20th, 2026, Defendant issued a "Needs Improvement" performance evaluation and placed me in an individualized performance process. I dispute the factual basis for the negative evaluation and allege that these adverse employment actions were retaliatory.

## II. New Hampshire Whistleblower Retaliation

**4.** On March 31st, 2026, I filed a whistleblower complaint with the New Hampshire Department of Labor alleging retaliation for reporting conduct I reasonably believed violated the law, including sex discrimination. Defendant acknowledged receipt of that complaint on April 29th, 2026.

**5.** On May 5th, 2026, six days after Defendant acknowledged receipt of my complaint, my manager cancelled a scheduled meeting to review my performance-project work and discuss the next phase of the broader project, stating that it would be rescheduled. It was never rescheduled. For approximately four months, I received no contact from my manager, no evaluation or feedback concerning the work I had completed for the performance process, and no further assignments. I remained employed and independently sought input from another contact to advance the project.

**6.** In September 2026, Defendant initiated a new reporting arrangement and project assignment without restoring my previous responsibilities. On September 21st, 2026, Defendant stated that the previous performance process was concluded and voided without a determination. I allege that this reassignment and the continued reduction of my professional responsibilities and

opportunities constituted further retaliation following my protected complaints, including my internal grievance, my New Hampshire Department of Labor whistleblower complaint, and my EEOC charge.

## III. EEOC Administrative Proceedings

7. On May 12th, 2026, I filed a complaint with the Equal Employment Opportunity Commission alleging sex discrimination and retaliation, assigned Charge No. 523-2026-02377. I amended the charge on June 24th, 2026. The EEOC issued its Determination and Notice of Rights on July 29th, 2026, which I received on July 30th, 2026.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW HAMPSHIRE**

**Celestina Prochilo**, Plaintiff

v.

**Meltwater News U.S., Inc.**, Defendant

---

**ATTACHMENT TO SECTION V**

**RELIEF**

I request judgment against Defendant, including a declaration that Defendant unlawfully retaliated against me in violation of Title VII of the Civil Rights Act of 1964 and the New Hampshire Whistleblowers' Protection Act.

I allege that Defendant's pattern of retaliation is continuing through the September 2026 reassignment and the resulting restrictions on my professional responsibilities and opportunities, as described in my Statement of Claim.

I seek compensation for economic losses caused by Defendant's actions, including lost salary increases, back pay where applicable, and other financial losses. The amounts have not yet been determined and will be established through evidence and discovery.

I seek compensatory damages under Title VII for emotional distress and loss of enjoyment of life, in an amount to be determined based on the evidence.

I also request punitive damages under Title VII, to the extent permitted by law, based on Defendant's alleged reckless indifference to my federally protected rights, including repeated adverse employment actions following my protected complaints. I request an amount supported by the evidence and subject to applicable statutory limits.

I further request litigation costs, reasonable attorney's fees if recoverable, and any other relief the Court determines to be just and proper.